> **FILED**
> U.S. DISTRICT COURT
> EASTERN DISTRICT ARKANSAS
> Mar 14, 2023
> Tammy H. Downs, Clerk
> By: JakeKornegay D.C.
> DEP CLERK

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: PARAQUAT PRODUCTS LIABILITY
LITIGATION

MDL No. 3004

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –40)**

On June 7, 2021, the Panel transferred 9 civil action(s) to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 544 F.Supp.3d 1373 (J.P.M.L. 2021). Since that time, 131 additional action(s) have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Nancy J. Rosenstengel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Rosenstengel.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of June 7, 2021, and, with the consent of that court, assigned to the Honorable Nancy J. Rosenstengel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

> Inasmuch as no objection is pending at this time, the stay is lifted.
>
> Mar 10, 2023
>
> CLERK'S OFFICE
> UNITED STATES
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By_____
          Deputy Clerk
Date_____8/14/2023_____

IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION    MDL No. 3004

SCHEDULE CTO-40 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 3 | 23-00051 | Watkins v. Syngenta Crop Protection LLC et al |
| ARE | 3 | 23-00052 | Lancaster v. Syngenta Crop Protection LLC et al |
| ARE | 3 | 23-00053 | Thomas v. Syngenta Crop Protection LLC et al |
| ARE | 4 | 23-00149 | Gilley v. Syngenta Crop Protection LLC et al |